# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR253 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DANNY J. GOTTSCH,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Carlos A. Monzon and the Office of the Federal Public Defender to withdraw as CJA court-appointed counsel for the defendant, Danny J. Gottsch (Gottsch) (Filing No. 16). Since retained counsel, Donald B. Fiedler, has entered an appearance for Gottsch (Filing No. 14), Mr. Monzon's motion to withdraw (Filing No. 16) is granted.

Mr. Monzon shall forthwith provide the Mr. Fiedler with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Monzon which are material to Gottsch's defense.

**IT IS SO ORDERED.**

DATED this 22nd day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge