# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR253** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DANNY J. GOTTCH** | ) | |
| **JULIE A. DUNBAR and** | ) | |
| **CANDACE M. HOHLFELD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court *sua sponte*.

At defendant Julie A. Dunbar's arraignment on July 25, 2005, the court established a pretrial motion deadline of August 15, 2005. During the arraignment of defendants Danny J. Gottch and Candace M. Hohfeld, the pretrial motion deadline was set for August 2, 2005, and a tentative evidentiary hearing was scheduled for 9:00 a.m. on August 10, 2005. In order to make the deadlines for all defendants uniform, the pretrial motion deadline for all defendants is readjusted to August 15, 2005. The tentative evidentiary hearing for 9:00 a.m. on August 10, 2005, is canceled, and rescheduled for 1:30 p.m. on August 23, 2005, for all defendants.

**IT IS SO ORDERED.**

DATED this 25th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge