# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | **GENERAL ORDER** |
| | ) | |
| **ASSIGNMENT OF CASES TO** | ) | **No. 2006-3** |
| **THE HONORABLE ROBERT T. DAWSON** | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, and Robert T. Dawson,

IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Bataillon to Judge Dawson for the purposes of trial on all Counts, excluding Count I:

   **8:05CR253 USA v. Danny J. Gottsch (as to this defendant only)**

2. The magistrate judge assignment will remain unchanged.

3. The above case will be called for trial in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **March 14, 2006.**

DATED 6th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge