IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR253 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANNY J. GOTTSCH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue trial by the government (Filing No. 78). Trial of this matter is scheduled to commence before Judge Robert T. Dawson and a jury on March 13, 2006. Government's counsel represents that he is scheduled for oral argument before the United States Court of Appeals for the Eighth Circuit on March 14, 2006. The motion will be granted as set forth below.

**IT IS ORDERED:**

The government's motion to continue trial (Filing No. 78) is granted to the extent trial of this matter will commence before Judge Robert T. Dawson and a jury **at 9:00 a.m. on March 15, 2006**, in the Special Proceedings Courtroom, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS FURTHER ORDERED**:

Counsel for the government and counsel for defendant Gottsch shall meet with Judge Dawson in chambers of the Special Proceedings Courtroom **at 3:00 p.m. on Tuesday, March 14, 2006**, for a pretrial conference.

DATED this 23rd day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge