IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR253 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REASSIGNMENT ORDER |
| | ) | |
| DANNY J. GOTTSCH, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned, as to the above defendant, to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 15th day of March, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE